IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REI HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 18-1401 (MN) |
| | ) |
| LIENCLEAR – 0001, LLC, MCMG, LLC, | ) |
| BLOXTrade, LLC, LIENCLEAR, LLC, | ) |
| THOMAS MCOSKER, and DONALD | ) |
| BYRNE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 5th day of August 2019:

For the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendants LienClear – 0001, LLC, LienClear, LLC, BCMG, LLC, BLOXTrade, LLC, Thomas McOsker, and Donald Byrne's Motion to Dismiss (D.I. 15) is GRANTED-IN-PART and DENIED-IN-PART.

2. Counts I, IV, V, VI, and VII of Plaintiff's Amended Complaint (D.I. 13) are DISMISSED without prejudice.

3. Plaintiff shall have twenty-one (21) days in which to file a further amended complaint to correct the deficiencies set forth in the Memorandum Opinion.

_____
The Honorable Maryellen Noreika
United States District Judge