# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REI HOLDINGS, LLC,<br>a Utah limited liability company<br><br>        Plaintiff,<br>     v.<br><br>LIENCLEAR – 0001, LLC a Delaware limited liability company, LIENCLEAR – 0002, LLC, a Delaware limited liability company, BCMG, LLC, a Puerto Rico limited liability company, LIENCLEAR, LLC, a Puerto Rico limited liability company, THOMAS MCOSKER, DONALD BYRNE, BFNH, LLC, a Delaware limited liability company, DAN FRIEDMAN and OPTIMUM ASSET MANAGEMENT, LLC, a North Carolina limited liability company,<br><br>        Defendants. | Civil Action No. 1:18-cv-01401-MN<br><br>Jury Trial Demanded |

## NOTICE OF SERVICE

Please take notice that **Plaintiff's First Set of Interrogatories to Defendants** was served

on the following counsel of record on February 19, 2021 by electronic mail:

> Blake A. Bennett, Esquire [bbennett@coochtaylor.com]
> Dean R. Roland, Esquire [droland@coochtaylor.com]
> COOCH AND TAYLOR, P.A.
> The Brandywine Building
> 1000 West Street, 10th Floor
> Wilmington, Delaware 19801

Dated:  February 19, 2021

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Gregory E. Stuhlman*

Joseph B. Cicero (No. 4388)
Gregory E. Stuhlman (No. 4765)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
cicero@chipmanbrown.com
stuhlman@chipmanbrown.com

*Attorneys for Plaintiff*