IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REI HOLDINGS, LLC, a Utah limited liability company<br><br>　　Plaintiff/Counter-Defendant,<br><br>v.<br><br>LIENCLEAR – 0001, LLC a Delaware limited liability company, LIENCLEAR – 0002, LLC, a Delaware limited liability company, BCMG, LLC, a Puerto Rico limited liability company, LIENCLEAR, LLC, a Puerto Rico limited liability company, THOMAS MCOSKER, DONALD BYRNE, BFNH, LLC, a Delaware limited liability company, DAN FRIEDMAN and OPTIMUM ASSET MANAGEMENT, LLC, a North Carolina limited liability company,<br><br>　　Defendants/Counter-Claimants. | Civil Action No. 1:18-cv-01401-MN<br><br>Jury Trial Demanded |

## NOTICE OF DEPOSITION OF EDGARDO VAZQUEZ

**TO:** ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. Pro. 30(b)(1), on Thursday, December 9, 2021, at 9:00 a.m., commencing at the Condado Ocean Club 1045 Avenida Ashford San Juan, PR 00907, Defendants/Counter-Claimants, by and through their undersigned counsel, will take the deposition of Edgardo Vazquez.

The deposition will be taken before an officer authorized to administer oaths by oral examination, and a certified interpreter, and will continue from day-to-day, except Saturdays, Sundays, and holidays, until completed. The deposition will be recorded stenographically and may be videotaped.

| | |
|---|---|
| DATED: November 30, 2021 | **COOCH AND TAYLOR, P.A.** |
| | */s/ Dean R. Roland* |
| | Blake A. Bennett (#5133) |
| | Dean R. Roland (#6459) |
| | The Nemours Building |
| | 1007 N. Orange Street, Suite 1120 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 984-3800 |
| | Facsimile: (302) 984-3939 |
| | *Attorneys for Defendants/Counter-Claimants.* |