# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REI HOLDINGS, LLC, a Utah limited liability company<br><br>   Plaintiff,<br><br>  v.<br><br>LIENCLEAR – 0001, LLC a Delaware limited liability company, BCMG, LLC, a Puerto Rico limited liability company, BLOXTRADE, LLC, a Puerto Rico limited liability company, LIENCLEAR, LLC, a Puerto Rico limited liability company, THOMAS MCOSKER, and DONALD BYRNE,<br><br>   Defendants. | Civil Action No. 1:18-cv-01401-MN |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties, subject to approval of the Court, that all claims and counterclaims in the above-referenced action are dismissed with prejudice.

Dated: February 3, 2022

| | |
|---|---|
| COOCH AND TAYLOR, P.A. | CHIPMAN BROWN CICERO & COLE, LLP |
| /s/ Dean R. Roland | /s/ Gregory E. Stuhlman |
| Blake A. Bennett (#5133)<br>Dean R. Roland (#6459)<br>The Nemours Building<br>1007 N. Orange St., Suite 1120<br>Wilmington, DE 19801<br>(302) 984-3800 | Joseph B. Cicero (#4388)<br>Gregory E. Stuhlman (#4765)<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>(302) 295-0191 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

00633384

IT IS SO ORDERED this _____ day of February, 2022.

                                                            _____
The Honorable Maryellen Noreika
United States District Court Judge

00633384